UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>JACK W. GUINN AND SHEREEN GUINN; JOHN PEACH AND YVONNE PEACH; KATHY TURNER on Behalf of the Estate OF PERLA MADSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | Case Specific Number: 07-1946<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JOHN PEACH AND YVONNE PEACH, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated:  February 10 , 2009

| | |
|---|---|
| /s/ Mitchell M. Breit<br>Mitchell M. Breit, Esq.<br>Whatley Drake & Kallas, LLC<br>1540 Broadway, Floor 37<br>New York, NY 10036<br>Telephone: (212) 447-7070<br>Facsimile: (212) 447-7077<br>**Counsel for Plaintiff** | /s/<br>Loren H. Brown, Esq.<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>**Counsel for Defendants** |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009



Hon. Charles R. Breyer
United States District Court